UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KATHLEEN MARIE GRIFFIN,

              6:24-cv-01271-JR

    Plaintiff,

              ORDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

    Before the Court is the Stipulated Motion of Plaintiff, Kathleen Marie Griffin, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

    **IT IS HEREBY ORDERED** that attorney fees in the amount of Five Thousand Five Hundred Fifty-Six Dollars and Twenty-One Cents ($5,556.21) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Suzanne Gaffke. Any costs may be paid either by electronic fund transfer (EFT) or by check.

    Whether the check is made payable to Plaintiff or to Suzanne Gaffke, the check shall be

mailed to Suzanne Gaffke at the following address:

    250 South Clinton Street
    Suite 210
    Syracuse, NY 13202

It is so ORDERED.

Date:   6/13/2025

/s/ Jolie A. Russo
Hon. Jolie A. Russo
United States Magistrate Judge